1  ROBERT J. ROMERO (SBN 136539)
   ANNE D. O'NIELL (SBN 120948)
2  SHANNON M. HILL (SBN 227100)
   HINSHAW & CULBERTSON LLP
3  One California Street, 18th Floor
   San Francisco, CA 94111
4  Telephone:   (415) 362-6000
   Facsimile:    (415) 834-9070
5
   Attorneys for Defendant
6  MARRIOTT INTERNATIONAL, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 | GEORGE S. LOUIE,                        ) Case No. 2:06-cv-02314-DFL
                                             )
11 |         Plaintiff,                      ) **STIPULATION FOR VOLUNTARY**
                                             ) **DISMISSAL OF COMPLAINT WITH**
12 |    vs.                                  ) **PREJUDICE PURSUANT TO FRCP 41**
                                             ) **(a)(1)**
13 | HPTMI PROPERTIES TRUST, MARRIOTT        )
    INTERNATIONAL, INC., and DOES 1-500,    ) Complaint Filed:    September 22, 2006
14 | inclusive,                              )
                                             )
15 |         Defendant.                      )
                                             )
16

17 TO THE COURT AND ALL ATTORNEYS OF RECORD:

18     IT IS HEREBY STIPULATED by and between plaintiff, George S. Louie, and defendant,

19 Marriott International, Inc., through their designated counsel, that all claims stated in the above-

20 captioned complaint by George S. Louis against Marriott International, Inc. shall be and are

21 voluntarily dismissed by the plaintiff with prejudice to his rights, pursuant to FRCP 41 (a)(1). The

22 parties to this stipulation further agree that each shall bear his or its own costs and attorneys' fees.

23 //

24 //

25 //

26 //

27 //

28

1 | IT IS SO STIPULATED:

2 | Dated: March 13, 2007           CABLE LAW OFFICES

3

4 |                          By:    /S/_____
                                    KEITH CABLE
                                    Attorney for Plaintiff
5 |                                 GEORGE S. LOUIE

6

7 | Dated: March 13, 2007           HINSHAW & CULBERTSON

8 |                          By:    /S/_____
                                    ANNE D. O'NIELL
9 |                                 Attorney for Defendant
                                    MARRIOTT INTERNATIONAL, INC.

## **ORDER**

The foregoing Stipulation For Voluntary Dismissal Of Complaint With Prejudice is hereby adopted by the Court, which orders that all claims of the plaintiff, George S. Louie, that are stated in the captioned case against Marriott International, Inc. are hereby dismissed with prejudice to plaintiff's rights. Each party shall bear his or its own fees and costs.

Dated: March 15, 2007

                                    /s/ David F. Levi
                                    Hon. David F. Levi
                                    UNITED STATES DISTRICT JUDGE